IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CAITLIN SCHULTZE, an individual,

    Plaintiff,

v.     No. 2:22-cv-00157-SMV-GBW

CITY OF HOBBS FIRE DEPARTMENT,
a political subdivision of the City of Hobbs
and State of New Mexico; CITY OF HOBBS,
a New Mexico municipality and political
subdivision of the State of New Mexico;
BARRY YOUNG, Chief of Hobbs Fire
Department; BOARD OF COMMISSIONERS
OF THE CITY OF HOBBS, a political
subdivision of the State of New Mexico;
SAM COBB, Mayor of the City of Hobbs,
New Mexico; MANNY GOMEZ, City Manager
of the City of Hobbs, New Mexico;
RYAN HERRERA, an employee of the
Fire Department of the City of Hobbs,
New Mexico;  CHRIS DAVIS, an employee
of the Fire Department of the City of Hobbs,
New Mexico; JOHN DOES I-X; JANE DOES I-X;
and BLACK AND WHITE ENTITIES I-X,

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' "CITY OF HOBBS FIRE DEPARTMENT", COBB AND GOMEZ' AMENDED PARTIAL MOTION TO DISMISS

**THIS MATTER** having come before the Court on the Unopposed Motion Extending Time for Plaintiff to Respond to Defendants' "City of Hobbs Fire Department", Cobb and Gomez' Amended Partial Motion to Dismiss, the Court having reviewed the pleadings, and otherwise being fully apprised in the premise,

**FINDS**, the Unopposed Motion is well taken and GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Plaintiff's Response to Defendants' Amended Partial Motion to Dismiss is now due July 22, 2022.

_____
**THE HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**


Respectfully submitted by:

**ZEBAS LAW FIRM, L.L.C.**

By: /s/ Joseph M. Zebas
Joseph M. Zebas, Esq.
P.O. Box 1675
Hobbs, NM  88241-1675
T: (575) 393-1024
joe.zebas@zebaslaw.com
*Attorney for Plaintiff*


**ATWOOD, MALONE, TURNER & SABIN, P.A.**

By:  approved electronically 7/11/22
Bryan Evans, Esq.
P.O. Drawer 700
Roswell, NM  88202-0700
T: 575 622-6221
*Attorneys for Defendants*
*"City of Hobbs Fire Department,"*
*Sam Cobb, and Manny Gomez*

Order Granting Unopposed Motion Extending Time for Plaintiff to Respond to Defendants' "City of Hobbs Fire Department",
Cobb and Gomez' Amended Partial Motion to Dismiss
Schultze v. City of Hobbs Fire Department et al.; 2:22-cv-00157-SMV-GBW
Page 2