**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

CAITLIN SCHULTZE, *an individual*,

     Plaintiff,

v.                                   Civ. No. 22-157 WJ/GJF

CITY OF HOBBS FIRE DEPARTMENT, et al.,

     Defendants.

**ORDER GRANTING EXTENSION OF DISCOVERY AND MOTIONS DEADLINES**

     THIS MATTER is before the Court on the parties' Joint Motion to Extend Discovery Deadline and Dispositive Motions Deadline [ECF 62].  The parties jointly request additional time to complete discovery file dispositive motions.  Mot. at 1.  For the reasons provided at the subsequent status conference, *see* ECF 65, and having spoken with the presiding judge in this case, the Court finds the Motion to be well-taken and hereby **GRANTS** it as set forth below.  This Order is expressly conditioned, however, on the parties filing forthwith a joint motion to continue the current trial setting and related deadlines.

     **IT IS ORDERED** that the operative pretrial scheduling order [ECF 59] is **AMENDED** as follows:

     (1) The termination date for discovery is extended to **August 15, 2023**.

     (2) The pretrial motions deadline is extended to **August 31, 2023**.

     **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE